**Order entered September 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00017-CR

**ROBERT TRACY WARTERFIELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80757-2011**

## ORDER

The Court **GRANTS** the State's September 6, 2013 motion for extension of time to file the State's brief.

We **ORDER** the State to file its brief within **THIRTY (30) DAYS** from the date of this order.

/s/     DAVID EVANS
         JUSTICE